ROBERT T. KAWAMOTO, ESQ.
LAW OFFICE OF ROBERT T. KAWAMOTO
234 Van Ness Avenue
San Francisco, CA 94102
(415) 487-9790
State Bar ID No. 78820

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-34123

ADETEJU, Hakeem                           **EX PARTE MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR, DECLARATION OF DEBTOR'S ATTORNEY IN SUPPORT OF MOTION**

_____Debtor_____/

    Robert T. Kawamoto, Esq., counsel of record in the above entitled case, moves this Court for an Order permitting him to withdraw as counsel for the debtor in this case. The grounds for this motion are as follows:

    Movant is unable to continue to represent the debtor because, among other things, the debtor has repeatedly failed to cooperate in the prosecution of this case and in particular has failed to respond to the undersigned as to letters, phone calls and emails directed to the debtor since the last 341 Meeting of Creditors on January 19, 2011. Debtor failed to appear at continued 341 Meeting of Creditors on February 8, 2011 without notification to the undersigned. Debtor failed to provide information requested by the Chapter 7 Trustee and by the attorney for the creditor Chase Bank, and failed to respond to the undersigned's instructions in that regard.

    Because revealing additional facts on which this motion is based would involve disclosure of client confidences, the undersigned represents that other facts support good grounds for withdrawal in this case.

As set forth in the attached certification of service, this motion was served on the debtor and on interested parties by First Class Mail.

If this motion is granted, the debtor may be served with notices and papers at:

Mr. Hakeem Adeteju
1072 Folsom Street # 361
San Francisco, CA 94103

and contacted by telephone at (415) 577-4893.

Dated: 2/17/2011                    /s/ Robert T. Kawamoto
                                    ROBERT T. KAWAMOTO
                                    Attorney for Debtor

1    DECLARATION OF DEBTOR'S ATTORNEY IN SUPPORT OF MOTION

2    I, Robert T. Kawamoto, Esq., am counsel of record for the debtor in the above entitled
3    case, and I declare as follows:

4    1. The debtor has repeatedly failed to cooperate in the prosecution of this case and
5    in particular has failed to respond to my letters, phone calls and e-mails directed to him
6    regarding his case and requesting his response. The debtor failed to appear at continued 341
7    Meeting of Creditors on February 8, 2011 without notification to me. He did not respond
8    to my letter following the prior meeting to instruct him to provide documents that the Chapter
9    7 trustee requested. He did not reply to my phone call and email the day before the hearing
10   to remind him of the continued 341 hearing.

11   2. There are additional facts regarding the problems between myself and the debtor
12   which support grounds for withdrawal in this case but would involve disclosure of client
13   confidences.

14   3. Subsequent to the hearing on January 19, 2011, and in reply to my letter to debtor
15   of my intention to withdraw as debtor's counsel, the debtor called me on February 11, and
16   stated that he would sign and return the Substitution of Attorney that I sent to him and that
17   he would represent himself thereafter. I have not received the signed form to this date.

18   I declare under penalty of perjury under the laws of the State of California that the
19   foregoing is true and correct to the best of my knowledge and belief.

20   Dated: 2/17/2011                /s/ Robert T. Kawamoto
21                                   ROBERT T. KAWAMOTO
                                     Attorney for Debtor

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am a citizen of the United States; over the age of 18 years; not a party to the within action; and that my address in 234 Van Ness Avenue, San Francisco, California 94102.

On February 17, 2011 , I served a true copy of:

EX PARTE MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR; DECLARATION OF DEBTOR'S ATTORNEY IN SUPPORT OF MOTION

on the following parties in this action addressed as follows:

Hakeem Adeteju
1072 Folsom Street #361
San Francisco, CA 94103

Andrea Wirum
Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA 94549

Office of the United States Trustee
235 Pine Street, Suite 700,
San Francisco, CA 94104-3484

Vincent V. Frounjian, Esq.
Law Offices of Vincent V. Frounjian, P.C.
16133 Ventura Boulevard, Suite 650
Encino, California 91436

_XX_ (BY MAIL) by placing same in an envelope, sealing, fully prepaying postage thereon and depositing said envelope in the United States Mail at San Francisco, California

____ (BY PERSONAL SERVICE) I delivered each such envelope by hand to each addressee above.

____ (BY FACSIMILE) By use of facsimile machine number (_____) _____,I served a copy of the within document on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.
I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct.

Executed on February 17, 2011.

/s/   Natalie Chu
Natalie Chu